1:07-cr-10043-MMM-JAG    # 12    Filed: 05/03/07    Page 1 of 4

E-FILED
Friday, 04 May, 2007 02:34:05 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 03 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES
   PLAINTIFF,
      V.
ANTHONY L. FLETCHER,
   DEFENDANT.

CASE: 07-CR-10043

DEFENDANT'S
MOTION FOR TERMINATION
OF COUNSEL
TO PROCEED PRO SE

Now COMES, DEFENDANT, ANTHONY L. FLETCHER PRO SE PURSUANT TO CDIL-LR 83.6(D); S.CT RPC RULE 1.16, AND U.S. CONST. AMEND 6 AND MOVES THIS COURT FOR TERMINATION OF COUNSEL IN THE ABOVE AND TITLED CAUSE NOW PENDING IN UNITED STATE DISTRICT COURT AND IN SUPPORT THEREOF DEFENDANT STATES AS FOLLOWS:

1) THAT HE IS THE DEFENDANT IN SAID CAUSE.

2) THAT HE IS NOW IN CUSTODY AT THE MCLEAN COUNTY JAIL BLOOMINGTON, IL.

3) THAT ON OR ABOUT MARCH 2, 2007 THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION DID INFACT INDICT THE DEFENDANT ON THE CHARGE OF PRODUCTION OF CHILD PORNOGRAPHY, AND DID SET CAUSE FOR JURY TRIAL ON OR ABOUT MAY 24, 2007.

4) THAT ON OR ABOUT MARCH 8, 2007 THE UNITED STATES DISTRICT COURT DID APPOINT FEDERAL PUBLIC DEFENSE COUNSEL TIM CUSACK AS COUNSEL TO THE DEFENSE IN SAID CAUSE.

THAT A IRREMEDIABLE AND INESCAPABLE CONFLICT OF INTEREST HAS OCCURED BETWEEN DEFENDANT AND THE ABOVENAME COURT APPOINTED COUNSEL IN THIS CAUSE DUE TO THE FOLLOWING:

PEOPLE V. MOORE, 207 Ill. 2d 68, 797 N.E. 2d 631, 278 Ill. Dec. 36 (2003)

FEDERAL PUBLIC DEFENDER TIM CUSACK HAS CLEARLY, COMPLETELY AND WILFULLY VIOLATED THE STATE OF ILLINOIS SUPREME COURT RULES OF PROFESSIONAL CONDUCT WHICH GOVERNS THE CONDUCT OF ALL ILLINOIS STATE AND FEDERAL ATTORNEYS IN THAT:

5) ATTORNEY TIM CUSACK HAS "COMPLETELY FAILED" TO COMMUNICATE WITH HIS CLIENT IN "ANY WAY" "WHAT-SO-EVER" FROM THE DATE OF APPOINTMENT TO THE DEFENSE IN SAID CAUSE. S. CT. RPC RULE 1.4.(A).

6) ATTORNEY TIM CUSACK HAS "COMPLETELY FAILED" TO RESPOND TO DEFENDANT/CLIENT'S REPEATED WRITTEN REQUEST FOR INFORMATION CONCERNING THE STATUS OF DEFENDANT'S MATTERS OF FEDERAL DISCOVERY COMPLIANCE FROM THE PROSECUTION IN SAID CAUSE, IN ANY WAY OR TO ANY EXTENT REASONABLY NECESSARY TO PERMITT HIS CLIENT TO MAKE ANY INFORMED DECISION REGARDING REPRESENTATION BY SAID COUNSEL. S. CT. R P C RULE 1.4.(B)

7) ATTORNEY TIM CUSACK HAS "COMPLETELY FAILED" TO TENDER TO HIS CLIENT ANY LAWFUL COPY OF DISCOVERY COMPLIANCE FROM THE PROSECUTION IN SAID CAUSE WHICH WAS INFACT DUE ON OR ABOUT MARCH 7, 2007 FROM THE PROSECUTION ACCORDING TO FEDERAL LAW. S. CT. RPC RULE 1.3.

8) ATTORNEY TIM CUSACK'S CONDUCT IN THIS CAUSE HAS PREJUDICED THE DEFENDANT/CLIENT BY SAID ATTORNEY FRAUDULANT BEHAVIOR IN COMPLETE FAILING TO SPEAK OR COMMUNICATE OR TO GIVE EFFECTIVE ASSISTANCE OF COUNSEL ACCORDING TO THE STANDARDS OUTLINED IN THE ILLINOIS SUPREME COURT RULES OF PROFESSIONAL CONDUCT. HAGNEY V. LOPEMAN, 1992, 168 Ill. Dec. 829, 147 Ill. 2d 458

9) That jury trial is set in said cause, and is less than 30 days away from this date of May 1, 2007, and court appointed counsel for the defense TIM CUSACK has completely violated S.CT. RPC Rule 1.2. Scope of Representation, and has "FLAGRANTLY FAILED TO DISCLOSE" that which said lawyer is required by law to reveal to his client concerning the prosecution's failure to comply with discovery rule in said cause.
94 Ill. Atty. Reg. & Disc. Comm. SH 469

10) Attorney Tim Cusack's violations of federal and Illinois Supreme Court Law in relation to his ineffective assistance of counsel and complete disreguard for the United State Constitutional protections of fundamental fairness and due process of law in safegarding the rights of his client in the attorney/client relationship in this cause, constitutes a clear and complete violation of the defendant's 6th Amendment United States Constitutional Right to Conflict-Free Representation in said cause now pending in U.S. District.
Constitional Law § 257, U.S. Constitution 6th Amendment

11) Attorney Tim Cusack has completely failed to tender to his client in this cause any professional identification, work address, mail address, phone #, business card, Peoria Federal Public Defender Office information or any standard attorney/client correspondence stationary what-so-ever.
92 Ill. Atty. Reg. & Disc. Comm. CH 118, 94 Ill. Atty. Reg. & Disc. Comm. SH 469

12) Federal Public Defender Tim Cusack has completely and recklessly neglected the United States Constitutional rights of his client in the cause.

WHEREFORE, DEFENDANT REQUEST THE COURT TO GRANT A TERMINATION OF DEFENSE COUNSEL IN THIS CAUSE FOR THE AFORESAID PREJUDICE TO THE DEFENSE, AND TO ALLOW DEFENDANT HIS CONSTITUTIONAL RIGHT TO PROCEED PRO SE IN SAID CAUSE.

DATE: 5-1-2007

ANTHONY L. FLETCHER    PRO SE

STATE OF ILLINOIS  } SS.
COUNTY OF PEORIA

AFFIDAVIT

PURSUANT TO 28 USC SECTION 1746, 18 USC SECTION 1621, AND PENALTIES AS PERSCRIBED BY FEDERAL LAW, THE DEFENDANT, ANTHONY L. FLETCHER HEREBY CERTIFY UPON HIS SWORN OATH THAT HE IS THE MAKER OF THE FOREGOING DOCUMENT BY HIM SUBSCRIBED, THAT HE HAS READ THE CONTENTS THERE OF, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE IN SUBSTANCE AND IN FACT TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

DATE: 5-1-2007

OFFICIAL SEAL
BETTY J POSHARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/28/09

ANTHONY L. FLETCHER    PRO SE

Betty J Poshard    5/1/07
NOTARY